



## MEMORANDUM OPINION

No. 04-12-00683-CV

**IN RE** Khusro **RASHID, M.D.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 31, 2012

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 19, 2012, relator filed a motion to dismiss the petition for writ of mandamus.

Accordingly, the petition for writ of mandamus is DISMISSED.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-21114, styled *Myra Gracia v. Southwest General Hospital, LP, et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. However, the order complained of was signed by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.